# In the United States Court of Federal Claims

No. 05-1186C
Filed November 17, 2005

| | |
|---|---|
| ************************************* | |
| | * |
| COMPREHENSIVE HEALTH SERVICES, INC., | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant, | * |
| and | * |
| WYLE LABORATORIES, INC., | * |
| Defendant-Intervenor. | * |
| ************************************* | |

**ORDER**

Pursuant to RCFC 24(a), the Motion to Intervene by Wyle Laboratories, Inc., filed November 17, 2005, is hereby **GRANTED**. Defendant-Intervenor is bound by the court's November 15, 2005 scheduling order.

**IT IS SO ORDERED.**

**s/Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**