# In the United States Court of Federal Claims

No. 05-1186C
Filed November 21, 2005

*************************************

COMPREHENSIVE HEALTH SERVICES, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant,

and

WYLE LABORATORIES, INC.,

Defendant-Intervenor.

*************************************

**ORDER**

Plaintiff's November 21, 2005 filings (Docket # 14 - 17) are hereby **STRICKEN**. Plaintiff is instructed to re-file in accordance with the Rules of the United States Court of Federal Claims.

**IT IS SO ORDERED.**

**s/Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**