# In the United States Court of Federal Claims

No. 05-1186C
Filed November 23, 2005

*************************************
*
COMPREHENSIVE HEALTH *
SERVICES, INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant, *
*
and *
*
WYLE LABORATORIES, INC., *
*
Defendant-Intervenor. *
*
*************************************

**ORDER**

The Government's November 22, 2005 Motion for Leave to Correct the Administrative Record is hereby **GRANTED**.

**IT IS SO ORDERED.**

**s/Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**