# In the United States Court of Federal Claims

No. 05-1186C
Filed December 9, 2005

*************************************

COMPREHENSIVE HEALTH SERVICES, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant,

and

WYLE LABORATORIES, INC.,

Defendant-Intervenor.

*************************************

**SCHEDULING ORDER**

Pursuant to the agreement of the parties, the court enters the following Supplemental Briefing schedule:

1. Plaintiff may file a Supplemental Brief and Plaintiff may file an Amended Complaint **on or before December 14th, 2005**.

2. The Government and Intervenor may file a Response to Plaintiff's Supplemental Brief **on or before December 22, 2005**.

3. Plaintiff may file a Reply **on or before January 3, 2006**.

**IT IS SO ORDERED.**

**s/Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**