# In the United States Court of Federal Claims

**No. 05-1186 C**

**COMPREHENSIVE HEALTH SERVICES, INC.**
**Plaintiff**

**v.**

**THE UNITED STATES**

**and**

**WYLE LABORATORIES, INC.**
**Defendant-Intervenor**

**JUDGMENT**

Pursuant to the court's Memorandum Opinion and Final Order filed May 31, 2006 ,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed.

Brian Bishop
Clerk of Court

May 31, 2006 By: s/ Debra L. Samler

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.